# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SANTA MARIA, GLORIA COVARRUBIAS as the personal representative of the ESTATE OF OFFICER ALBERT COVARRUBIAS JR., SGT. FLAA, AND DOE DEFENDANTS 1 THROUGH 20, in their individual and official capacity, INCLUSIVE,<br><br>　　　　　Defendants.<br>_____ | CASE NO. CV12-06806 DSF-AGR<br><br>**[ORDER DISMISSING ACTION AGAINST CITY OF SANTA MARIA & SGT. FLAA WITH PREJUDICE PURSUANT TO FRCP RULE 41** |

　　　PURSUANT TO A SETTLEMENT AGREEMENT & STIPULATION OF THE PARTIES, IT IS SO ORDERED.

　　　This matter is dismissed against Defendants CITY OF SANTA MARIA & SGT. FLAA with prejudice, each party to bear their own attorneys' fees and costs.


DATED: 11/2/12　　　　　　　/s/ Dale S. Fischer
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　United States District Judge

---

[PROPOSED] ORDER　　　　　　　　　　　　　　　　　　　　　　　　　　　1